UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE: : CHAPTER 13
DEIDRE BRAYALL : CASE NO. 15-22231-JJT-13
: July 12, 2019
      Debtor(s)

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** BSI FINANCIAL SERVICES. **Court Claim No.** 004

**Last four digits** of any number used to identify the debtor's account: 8228.

| **Final Cure Amount** | **Amount of Prepetition Mortgage Arrearage**<br>$79,990.39<br><br>Amount Paid by Trustee<br>$79,990.39 |
|---|---|
| **Monthly ongoing Mortgage Payment**<br>Mortgage is paid directly by the debtor | Yes X          No |

      Within 21 days of the service of this Notice, the creditor must file and serve on the debtor, debtor's counsel and the trustee, a statement as required under Fed. Bankr. Rule 3002.1(g), indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with Sec. 1322(b)(5) the debtor is otherwise current on all payments.  The statement should itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.

Dated:  July 12, 2019

                                                                                              /s/ Roberta Napolitano
                                                                     Roberta Napolitano tr08378
                                                                     Chapter 13 Standing Trustee
                                                                     10 Columbus Blvd., 6th Floor
                                                                     Hartford, Connecticut 06106
                                                                     Tel:  860-278-9410, ext. 110 Fax:  860-527-6185
                                                                     rnapolitano@ch13rn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

**TRUSTEE'S CERTIFICATE OF SERVICE**

      I, Roberta Napolitano, Chapter 13 Trustee of the within estate, do hereby certify that on July 12, 2019, I caused one copy of the within Notice of Final Cure Payment and Completion of Plan Payments to be served by either the court's electronic noticing system or by United States Mail, Postage Prepaid, to the following:

DEIDRE BRAYALL
15 LAKEVIEW BOULEVARD
AVON, CT 06001

Served electronically:
ATTORNEY FOR THE DEBTOR(S): KEVIN J. BURNS:  KBURNS@CBHPLAW.COM

BSI FINANCIAL SERVICES
1425 GREENWAY DR STE 400
IRVING, TX 75038

                                                                /s/ *Roberta Napolitano*_____
                                                                Roberta Napolitano tr08378